versed, with $10 costs and disbursements, and the case remitted to the trial term, to be determined upon the merits.

BARKLEY et al., Appellants, v. VICK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Charles B. Barkley and another against James Vick's Sons. No opinion. Judgment affirmed, with costs.

BARNES et al., Respondents, v. TREVOR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Charles A. Barnes and others against William W. Trevor and others, impleaded with John J. Arnold and others. No opinion. Motion for leave to appeal to the court of appeals granted, and questions certified and filed with the clerk. See 61 N. Y. Supp. 85.

BARRETT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by John D. Barrett against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 61 N. Y. Supp. 9.

BATES v. TRUSTEES OF MASONIC HALL & ASYLUM FUND. MILLER, Respondent, v. SALT SPRINGS NAT. BANK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Actions by Edward P. Bates against the trustees of the Masonic Hall & Asylum Fund, and by Henry W. Miller against the Salt Springs National Bank and others. No opinion. Reargument ordered to take place Monday, December 4th, and the clerk is ordered to place the same on the motion calendar. See 60 N. Y. Supp. 313, 1143.

BECHT, Respondent, v. RUHL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Friedrich Becht, as administrator, etc., of Frank Becht, deceased, against Henry Ruhl and others. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

BECK, Respondent, v. COOK, Appellant. (City Court of New York, General Term. March 2, 1900.) Action by George Beck against Sarah E. Cook, as executrix. From a judgment for plaintiff, and an order denying a motion for new trial, defendant appeals. Affirmed. Wayland E. Benjamin, for appellant. Appel & Reid, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

BELL, Appellant, v. FLETCHER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by George W. Bell against John Fletcher. No opinion. Appeal dismissed upon stipulation.

BELLENG, Respondent, v. NEW YORK & CUBA MAIL S. S. CO., Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Action by Carl Belleng against the New York & Cuba Mail Steamship Company. From a judgment for plaintiff, defendant appeals. Reversed. Edward P. Mowton, for appellant. Edward B. La Fetra, for respondent.

PER CURIAM. We find nothing in the depositions added to the original record to affect the conclusion arrived at when this case was before us on a previous appeal. 28 Misc. Rep. 238, 58 N. Y. Supp. 1074. For the reasons there expressed, this judgment must again be reversed. Judgment reversed, and a new trial ordered, with costs to appellant to abide the event.

BENEDICT v. HALL et al. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Lewis Benedict against Lewis Benedict Hall and others. No opinion. Judgment for plaintiff. Decree to be settled upon application to the court. Costs to all parties, payable out of the estate.

BENNET v. ROBINSON. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Action by Charles H. Bennet against Charles C. Robinson, collector of taxes, etc. No opinion. Motion for certificate to the court of appeals denied. See 59 N. Y. Supp. 197.

BERKOWITZ, Appellant, v. GENEVA, W., S. F. & C. L. TRACTION CO., Respondent. (Supreme Court, Appellate Division. Fourth Department. January 30, 1900.) Action by Joe Berkowitz against the Geneva, Waterloo, Seneca Falls & Cayuga Lake Traction Company. No opinion. Judgment affirmed, under rule 39.

In re BLACKWELL et al. (Supreme Court, Appellate Division, First Department. January 19, 1900.) In the matter of Francis O. Blackwell and others. No opinion. Upon payment of $50, motion for reargument granted, and case held until motion is heard below to open default.

In re BLOOM'S WILL. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) In the matter of the probate of the last will and testament of Christina Bloom, deceased. No opinion. Decree affirmed, with costs.

In re BOARD OF RAPID-TRANSIT COM'RS. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of the Board of Rapid-Transit Commissioners. No opinion. Motion granted, so far as to allow modification of stipulation. See 50 N. Y. Supp. 306; 60 N. Y. Supp. 729.

BOARD OF TRUSTEES OF SCHOOL DIST. NO. 4 OF TOWN OF ESOPUS, Respondent, v. ECKERT, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by the board of trustees of school district No. 4 of the town of Esopus against Peter H. Eckert. No opinion. Judgment and order affirmed, with costs.

BRADLEY et al., Respondents, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1900.)

Action by Nathaniel L. Bradley and others against Peter B. Bradley. No opinion. Order affirmed, with $10 costs and disbursements.

BRADY, Respondent, v. EDWARDS, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by William A. Brady against George Edwards, impleaded with others. M. L. Erlanger, for appellant. D. Gerber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BRAYTON v. SHERMAN. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Action by George W. Brayton against Henry L. Sherman. No opinion. Motion to amend order denied. See 61 N. Y. Supp. 1133.

BREESE et al., Respondents, v. ATTORNEY GENERAL, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Sidney B. Breese, as administrator, and Maurice A. Graves and another, as executors, etc., against the attorney general. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except WILLIAMS, J., who dissents.

BRISTOL v. LAMBERT et al. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Action by Sarah L. Bristol against George Lambert and others. No opinion. Motion to amend order denied. See 61 N. Y. Supp. 1133.

BRUCE, Appellant, v. VAN DEMARK, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Sarah M. Bruce, as administratrix, etc., against Willett I. Van Demark, as administrator, etc. No opinion. Judgment affirmed, with costs.

BURNHAM, Appellant, v. TUMPOWSKY, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Fred W. Burnham against Max Tumpowsky. No opinion. Judgment affirmed, with costs.

In re BUSCH BREWING CO. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) In the matter of the voluntary dissolution of the Busch Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements. See 58 N. Y. Supp. 812.

In re CAFFREY. (Supreme Court, Appellate Division, Second Department. January 30, 1900.) In the matter of the application of James W. Caffrey for the appointment of commissioners to ascertain and determine the amount of damage sustained by the applicant as owner of certain real estate in the village of North Pelham, etc. No opinion. Order affirmed, with $10 costs and disbursements.

CARROLL v. RUSSELL et al. (Supreme Court, Appellate Division, First Department.

January 19, 1900.) Action by Mary A. Carroll against Horace Russell and others. No opinion. Motion granted, with $10 costs.

CASSANI v. DUNN. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Francesco Cassani against Thomas J. Dunn. No opinion. Motion for reargument granted. See 60 N. Y. Supp. 756.

C. H. DIAMOND & CO. v. HARTLEY. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by C. H. Diamond & Company against Marcellus Hartley. No opinion. Motion denied, with $10 costs.

CHRISTIANSEN v. MENDHAM. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Simon Christiansen against Louis B. Mendham. No opinion. Motion denied. See 56 N. Y. Supp. 655; 59 N. Y. Supp. 1100; 61 N. Y. Supp. 326.

CLAPP, Appellant, v. COOPER, Respondent. (City Court of New York, General Term. March 2, 1900.) Action by Everett Clapp against William A. Cooper. From a judgment for defendant, plaintiff appeals. Affirmed. Henry B. Kingborn, for appellant. James P. Lawrey, for respondent.
PER CURIAM. Judgment affirmed, with costs.

CLARK v. VAIL. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by Sarah J. Clark, as executrix, against Mary L. Vail. No opinion. Motion granted, with $10 costs.

CLARKE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Action by Charles Clarke against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Edward A. Scott, for respondent.
PER CURIAM. Judgment affirmed, with costs.
LEVENTRITT, J., takes no part.

CLERIHEW. Respondent, v. STANDARD RAILROAD-SIGNAL CO., Appellant. (City Court of New York, General Term. January 26, 1900.) Action by Alexander C. Clerihew against the Standard Railroad-Signal Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Masten & Nichols, for appellant. G. W. Hopkins, for respondent.
PER CURIAM. Judgment and order appealed from affirmed, with costs.

CONELLY, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Thomas Conelly against the Metropolitan Street-Railway Company. E. J. Humphry, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.